UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnny Kan,<br><br>             Plaintiff,<br><br>    v.<br><br>Verdera Community Association, et al.,<br><br>             Defendants. | No. 2:22-cv-00348-KJM-JDP<br><br>ORDER |

      Plaintiff Johnny Kan moves to consolidate this case with *22 DM, LP et al. v. Kan*, Case No. 2:22-cv-00754-MCE-DB. *See* ECF No. 11. Plaintiff's motion is premised on his having successfully amended his complaint. *See id.* at 2 (noting first amended complaint adds plaintiffs in Case No. 2:22-cv-00754-MCE-DB as defendants in this case). But the court struck plaintiff's first amended complaint on May 5, 2022, noting "the filing does not comply with Fed. R. Civ. P. 15(a)(1), which provides that '[a] party may amend its pleading once as a matter of course . . . 21 days after serving it, or . . . 21 days after service of a motion under Rule 12(b), (e), or (f) whichever is later.'" Min. Order, ECF No. 10. The court **denies** plaintiff's motion to consolidate. Plaintiff may renew his motion if the court permits him to amend his complaint. The court warns plaintiff, however, that a similarly bare bones motion to consolidate will likely be denied.

      This order resolves ECF No. 11.

IT IS SO ORDERED.

  DATED: June 21, 2022.

CHIEF UNITED STATES DISTRICT JUDGE