UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnny Kan, | No. 2:22-cv-00348-KJM-JDP |
| Plaintiff, | |
| v. | ORDER |
| Verdera Community Association, et al., | |
| Defendants. | |

On February 23, 2022, plaintiff initiated his action in this court. Compl., ECF No. 1. As of today's date, defendants have not yet appeared in this action, and plaintiff has not taken any further action to complete litigation of this case. Min. Order, ECF No. 16. On September 30, 2022, this court issued a minute order ordering plaintiff to file a declaration as to the status of this case within fourteen days. *Id.* It is now October 25, 2022, and plaintiff has not filed his declaration, as required by this court's order.

IT IS THEREFORE ORDERED that plaintiff show cause no later than November 9, 2022, at 5:00 p.m. why this case should not be dismissed for his failure to prosecute the action.

Considering defendants have not yet appeared, the court also vacates the Status (Pretrial Scheduling) Conference set for November 17, 2022.

DATED: October 25, 2022.

CHIEF UNITED STATES DISTRICT JUDGE