UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnny Kenneth Kan,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Verdera Community Association, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-00348-KJM-JDP<br><br>ORDER |

　　　　Defendants 22 DM, LP and Scott Jacoby as Trustee of the Camino Ciel Trust u/t/d 2022 have filed an ex parte application to dismiss a cause of action and expunge a lis pendens—a notice about this lawsuit affixed to real property. Ex Parte App., ECF No. 55-1. They have also submitted a declaration attesting to their conversations with opposing counsel and their inability to secure a stipulation to resolve the dispute. Bernstein Decl., ECF No. 56. Plaintiff Johnny Kan filed an untimely opposition. Resp., ECF No. 57.

　　　　Defendants' application and declaration do not satisfy defendants' required showing under this court's standing order. Ex parte applications must include "an affidavit indicating a satisfactory explanation for . . . why such request cannot be noticed on the court's motion calendar as provided by Local Rule 230." Standing Order at 5, ECF No. 5-1. Defendants have offered no such explanation. Moreover, they have not explained why an expedited briefing schedule is necessary for this issue. In fact, defendants' ex parte application reveals no apparent

1

1  exigency: the lis pendens in question was recorded on September 19, 2022—more than a year and
2  a half ago.  Because defendants have not explained why this request cannot be noticed on the
3  court's motion calendar, nor have they indicated exigent circumstances, the court **denies** the
4  ex parte request without prejudice.
5      This order resolves ECF No. 55.
6      IT IS SO ORDERED.
7  DATED:  June 8, 2023.
8

_____
CHIEF UNITED STATES DISTRICT JUDGE