UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnny Kan, | No. 2:22-cv-00348-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Verdera Community Association, et al., | |
| Defendants. | |

In a previous order, this court relieved Marc Applbaum as counsel for plaintiff and ordered Mr. Applbaum to provide plaintiff's mailing address to the courtroom deputy. ECF No. 83. Mr. Applbaum's office provided a post office box address. After the court relieved Mr. Applbaum, it held a hearing on a motion to dismiss some of Mr. Kan's claims. Mr. Kan attended that hearing pro se, and the court instructed Mr. Kan to ensure the courtroom deputy had his current contact information. Mr. Kan later told the courtroom deputy he has neither an address nor a location where he can receive mail. For that reason, the clerk's office is directed to use the address provided by Mr. Applbaum's office, i.e., P.O. Box 4043, Burlingame, CA 94011-4043. Mr. Kan is cautioned pro se litigants must keep the court and opposing parties advised of their current addresses. E.D. Cal. L.R. 183(b). The failure to do so may result in dismissal for lack of prosecution. *Id.*

/////

1

1       IT IS SO ORDERED.

2   DATED:  October 17, 2023.

3

                                            CHIEF UNITED STATES DISTRICT JUDGE