UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnny Kan, | No. 2:22-cv-00348-KJM-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| Verdera Community Association, et al., | |
| Defendants. | |

      On August 10, 2023, defendant David Mark moved to dismiss plaintiff Johnny Kan's complaint. *See* Mot., ECF No. 67. Plaintiff's attorney at the time, Marc Applbaum, subsequently filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(1)(A)(i) as to defendant Mark. *See* Notice, ECF No. 82. However, the next day, the court relieved Mr. Applbaum as counsel for plaintiff and suspended him from membership in the bar of this court. *See* Prior Order (Oct. 12, 2023), ECF No. 83.

      The court then held a hearing to discuss the case status and plaintiff's representation. *See* Mins., ECF No. 84. The court referred the case to the court's ADR/Pro Bono Program Coordinator for assistance in identifying a pro bono attorney to assist plaintiff for a limited purpose. *Id.* Because the record does not support plaintiff's lack of resources, the court ultimately is unable to locate a pro bono attorney for him. The court thus directed plaintiff to inform the court within twenty-one days whether he consented to the notice of voluntary

1

dismissal filed by his former attorney, Mr. Applbaum. *See* Min. Order (Nov. 1, 2023), ECF No. 87.

Twenty-one days have now passed, and plaintiff has not responded to the court's request. Accordingly, the court **construes this non-response as plaintiff's consenting to the notice of voluntary dismissal as to defendant Mark. Mr. Mark is dismissed as a defendant in this case**.

Plaintiff now proceeds in propria persona. Under Local Rule 302(c)(21) this matter is **REFERRED to Magistrate Judge Jeremy D. Peterson for further pretrial proceedings**. IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are VACATED. Any pending requests are referred to Judge Peterson.

This order resolves ECF No. 67.

IT IS SO ORDERED.

DATED: November 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE