UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY KENNETH KAN,<br><br>        Plaintiff,<br><br>   v.<br><br>VERDERA COMMUNITY ASSOCIATION, *et al.*,<br><br>        Defendants. | Case No. 2:22-cv-00348-KJM-JDP (PS)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTION AND CONTINUING THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>ECF No. 94 |

    Defendants filed a motion for summary judgment roughly a month after plaintiff's counsel was relieved by the court. *See* ECF Nos. 83 & 88. In light of plaintiff's new status as a pro se litigant, defendants' motion was re-noticed before me. ECF Nos. 90 & 93. The motion is set for hearing on February 15, 2024, and I directed plaintiff to file either an opposition or statement of non-opposition by January 25, 2024. ECF No. 93.

    Plaintiff, instead, filed a motion seeking time to find new counsel and requesting that his son be authorized to submit filings on his behalf. ECF No. 94. Plaintiff states that he makes these requests because he has been hospitalized with an acute medical condition. *Id.* at 1; 5 (a letter from M. Roxana Vanderlei, a medical social worker at Kaiser Permanente, detailing plaintiff's medical condition). Accompanying plaintiff's motion is a letter signed by his son,

Austin Kan. *Id.* at 2-4. It the letter appears to address the merits of defendants' motion for summary judgment. *See id.* However, because Mr. Kan is neither a party nor an attorney, I cannot consider his letter to be an opposition to defendants' motion. Accordingly, plaintiff's motion is denied.

On the court's own motion, the hearing set for February 15, 2024, is rescheduled to April 18, 2024, at 10:00 a.m., via Zoom. Plaintiff's opposition or statement of non-opposition to defendants' motion is due by no later than March 28, 2024. Defendants may file a reply, if any, on or before April 11, 2024.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time and to authorize his son to file on his behalf, ECF No. 94, is denied.

2. On the court's own motion, the February 15, 2024 hearing on defendants' motion for summary judgment is continued to April 18, 2024, at 10:00 a.m. via Zoom.

3. By no later than March 28, 2024, plaintiff shall file an opposition or statement of non-opposition to defendants' motion to dismiss.

4. Defendants may file a reply to plaintiff's opposition, if any, no later than April 11, 2024.

5. Failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with local rules.

IT IS SO ORDERED.

Dated:   February 8, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2