UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY KAN, | Case No. 2:22-cv-0348-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER SETTING STATUS CONFERENCE |
| VERDERA COMMUNITY ASSOCIATION, *et al.*, | |
| Defendants. | |

Motion practice has concluded, and claims remain against several defendants. The court will hold a status conference on March 6, 2025, at 10:00 a.m. No later than fourteen days before the conference, the parties shall file status reports discussing: potential interest in a settlement conference, any practical limitations on going to trial at this juncture, and any other measure that would secure speedy and efficient resolution of this case.

Accordingly, it is hereby ORDERED that:

1. A status conference is set for March 6, 2025, at 10:00 a.m. The conference will be conducted via Zoom.

1

      2.  By no later than February 20, 2025, the parties shall file status reports addressing the matters identified above.

IT IS SO ORDERED.

Dated:    January 17, 2025    
                                           JEREMY D. PETERSON  
                                           UNITED STATES MAGISTRATE JUDGE