UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY KAN,<br><br>    Plaintiff,<br><br>    v.<br><br>VERDERA COMMUNITY ASSOCIATION, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-0348-DC-JDP (PS)<br><br>ORDER |

Plaintiff has filed a request to voluntarily dismiss this case without prejudice. ECF No. 113. Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

    (i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    (ii)    a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

Before plaintiff filed his request for voluntary dismissal, defendants filed an answer. ECF No. 53. Consequently, plaintiff may not unilaterally dismiss this case pursuant to Rule 41(a)(1)(A)(i). However, defendants may stipulate to dismissal of this action pursuant to Rule 41(a)(1)(A)(ii). Even if defendants decline to stipulate, the court may dismiss this action based

1

upon plaintiff's request, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Accordingly, it is hereby ORDERED that defendants shall, within seven days of the date of this order, file and serve a document stipulating to dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii),[1] or otherwise respond to plaintiff's request for voluntary dismissal.

IT IS SO ORDERED.

Dated:   June 5, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] In the event defendants so stipulates, the court will construe the parties' filings as a stipulation of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).

2