UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY KAN,<br><br>    Plaintiff,<br><br>    v.<br><br>VERDERA COMMUNITY ASSOCIATION, et al.,<br><br>    Defendants. | Case No.  2:22-cv-0348-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 111, 119, 120) |

On August 13, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Specifically, the magistrate judge recommended that Plaintiff's motion to voluntarily dismiss this action without prejudice be granted and that Plaintiff's motion for the appointment of counsel be denied as moot. Those findings and recommendations addressed Defendants' arguments in opposition to Plaintiff's motion for voluntary dismissal and concluded Defendants "had not demonstrated that they will suffer some plain legal prejudice" if Plaintiff's motion was granted. (ECF No. 119 at 5.)

On August 27, 2025, Defendants filed objections to the pending findings and recommendations (ECF No. 121), contending that their filing of a (second) motion for summary judgment (ECF No. 120) just a few hours earlier on that same day, creates a plain legal prejudice;

1

1  in other words, dismissal without prejudice would deprive Defendants a ruling on their summary
2  judgment motion. (ECF No. 120 at 2.) Defendants' objection is not well taken. Because
3  Defendants manufactured this purported change of circumstance, any purported legal prejudice
4  suffered by Defendants would be the result of their own actions. Notably, in their response to
5  Plaintiff's motion for voluntary dismissal of this action without prejudice, Defendants did not
6  mention their intention to file a summary judgment motion nor offer any argument as to why their
7  forthcoming motion for summary judgment would demonstrate plain legal prejudice. Indeed, as
8  the magistrate judge noted in the findings and recommendations, "defendants concede in their
9  surreply that '[d]efendants cannot herein articulate a "plain legal prejudice."'" (ECF No. 119 at 5)
10 (quoting ECF No. 117 at 8). Thus, Defendants' objections provide no basis upon which to reject
11 the findings and recommendations.

12 Having reviewed the file, the court finds the findings and recommendations to be
13 supported by the record and by the proper analysis.

14 Accordingly, IT IS HEREBY ORDERED that:

15 1. The Findings and Recommendations filed August 13, 2025, ECF No. 119, are
16    adopted;
17 2. Plaintiff's motion to voluntarily dismiss, ECF No. 113, is GRANTED;
18 3. This action is DISMISSED without prejudice pursuant to Federal Rule of Civil
19    Procedure 41(a)(2);
20 4. Plaintiff's motion for the appointment of counsel, ECF No. 111, is DENIED as moot;
21 5. Defendants' motion for summary judgment, ECF No. 120, is DENIED as moot; and
22 6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 8, 2025**

Dena Coggins
United States District Judge

2