# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNNY KENNETH KAN ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:22–CV–00348–DC–JDP** |
| **VERDERA COMMUNITY ASSOCIATION , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/8/2025 .**

ENTERED:  **September 8, 2025**         /s/ **Keith Holland**
                                                                Clerk of Court